54 A.3d 13

In re Nomination Papers of Margaret K. ROBERTSON for President of the United States, Erik Viker for Vice President of the United States, Rayburn Douglas Smith for United States Senator of the Commonwealth of Pennsylvania, Marakay Rogers for Attorney General of the Commonwealth of Pennsylvania, Betsy Summers for Auditor General of the Commonwealth of Pennsylvania and Roy Minet for Treasurer of the Commonwealth of Pennsylvania, as Candidates of the Libertarian Party in the General Election of November 6, 2012

Petition of: Judith Guise, Damon Kegerise, Anne Layng, Libertarian Party, Roy Minet, Margaret K. Robertson, Marakay Rogers, Rayburn Douglas Smith, Betsy Summers, Erik Viker.

No. 148 EM 2012.

Supreme Court of Pennsylvania.

Sept. 25, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 25th day of September, 2012, the Joint Petition for Permission to Appeal is **GRANTED.** The issues to be addressed, as stated by the parties, are:

1. Whether absent evidence of extraordinary circumstances, an elector's signature is invalid when the residence declared by the elector on the nomination paper cannot be confirmed by the voter registration records?

2. Whether an elector's signature is invalid when the signatory does not add his or her full and complete date of signing?

The Prothonotary is to expedite briefing. Thus, the parties are directed to submit, by 10:00 a.m. on September 28, 2012, a joint stipulation as to the number of votes contested with respect to each of these issues as of the date the stipulation is submitted to our Court.

Furthermore, the parties are directed to file their respective appellate briefs no later than 10:00 a.m. on October 1, 2012.

To the extent the parties wish to file a reply to the appellate brief of their opponent, such reply shall be filed no later than 3:00 p.m. on October 3, 2012. For docketing purposes, the Objectors shall be referred to as "appellants" and the Libertarian Candidates as "appellees."

This matter shall be submitted on the briefs.